Certificate Number: 14912-MD-DE-029723793

Bankruptcy Case Number: 17-16916



14912-MD-DE-029723793

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 13, 2017</u>, at <u>5:07</u> o'clock <u>PM EDT</u>, <u>Richard Miller</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Maryland</u>.

Date:   <u>August 13, 2017</u>        By:   <u>/s/Jai Bhatt</u>

                                                            Name:   <u>Jai Bhatt</u>

                                                            Title:   <u>Counselor</u>