Entered: September 17th, 2018
Signed: September 17th, 2018

SO ORDERED



Nancy V. Alquist
**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Baltimore

| | |
|---|---|
| IN RE<br><br>RICHARD LESTER MILLER<br>HELEN REBECCA MILLER<br><br>    Debtor | Case No. 17-16916-NVA<br>Chapter 13 |

### ORDER AUTHORIZING LOAN MODIFICATION

Upon a motion and/or notice by Quicken Loans Inc. for authority to enter into an agreement to modify an existing secured loan for real property, it is by the United States Bankruptcy Court for the District of Maryland Located in Baltimore

ORDERED, that the Debtor(s) is/are authorized to enter into a modification of an existing secured loan agreement according to the terms set out in the motion; and it is further

ORDERED, that the terms of the confirmed plan in this case are not hereby modified, and any plan modification must be effected by separate motion and order pursuant to section 1329 of the Bankruptcy Code; and it is further

ORDERED, that this order does not alter or affect the status or priority of any other existing lien(s) on the real property that is the subject of the loan modification, and it is further

ORDERED, that upon the finalization of the loan modification, the Debtor shall immediately transmit a copy of the signed loan modification agreement to the Chapter 13 Trustee.

Copies to:

MARK MEYER

DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000

Richard Lester Miller
115 North Main Street
Union Bridge, MD 21791

Helen Rebecca Miller
115 North Main Street
Union Bridge, MD 21791

Robert S. Thomas, II
300 E. Joppa Road
Towson, MD  21286

Jobeth Rocky Bowers, Esquire
Bowers Law, LLC
224 E. Main St
Elkton, MD 21921

**End of Order**

MARK MEYER

DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000