**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Richard Lester Miller |
| Debtor 2 | Helen Rebecca Miller |

(Spouse, if filing)

United States Bankruptcy Court for the: <u>District of Maryland</u>

(State)

Case number <u>17-16916-NVA</u>

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

Name of creditor: Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.

Court claim no. (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 7505

Property Address: 115 N Main St

Number        Street

Union Bridge, MD 21791

City                State      Zip Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

$ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/_____/_____

MM/ DD  /YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | | |
|---|---|---|---|
| a. | Total postpetition ongoing payments due:  1/1/21 – 11/1/21 @ $1,383.31 each | (a) | $ <u>15,216.41</u> |
| b. | Total fees, charges, expenses, escrow, and cost outstanding:        Suspense | + (b) | $ <u>-1,332.77</u> |
| c. | **Total**. Add lines a and b. | (c) | $ <u>13,883.64</u> * |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: <u>01/01/2021</u>

MM/ DD  /YYYY

*Loan Mod completion pending

| Debtor 1 | Richard Lester Miller | | | Case Number (if known) | 17-16916-NVA |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 4:** | **Itemized Payment History** |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| **Part 5:** | **Sign Here** |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /S/ Mark D. Meyer  Date 12/07/2021
  Signature

Print:  Mark D. Meyer, 15070
        First name  Middle Name  Last name
        Title  Bankruptcy Attorney

Company  ROSENBERG & ASSOCIATES, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  4340 East West Highway, Suite 600
         Number              Street
         Bethesda, MD 20814
         City            State       Zip Code

Contact phone  301-907-8000          Email:  bankruptcy@rosenberg-assoc.com

## BANKRUPTCY POST PETITION PAYMENT HISTORY

**Name:** Richard L. Miller
**Date:** 12/2/2021
**Loan Number:**
**BK Case number:** 17-16916
**BK File Date:** 5/18/2017

| Date | Transaction Type | Check No: | Amount Received | Monthly Payment Amount | Amount Applied | Applied to Date | Post Due Date 6/1/17 | Debtor Suspense |
|---|---|---|---|---|---|---|---|---|
| 6/15/17 | Post Petition Funds | | $1,490.22 | $1,490.22 | $1,490.22 | 6/1/2017 | 7/1/17 | |
| 7/17/17 | Post Petition Funds | | $1,486.14 | $1,486.14 | $1,486.14 | 7/1/2017 | 8/1/17 | |
| 8/25/17 | Post Petition Funds | | $1,490.22 | $1,486.14 | $1,486.14 | 8/1/2017 | 9/1/17 | $    4.08 |
| 8/25/17 | Adjustment | | | | | | | |
| 9/22/17 | Post Petition Funds | | $900.00 | | | | | $   900.00 |
| 10/21/17 | Post Petition Funds | | $1,486.14 | $1,486.14 | $1,486.14 | 9/1/2017 | 10/1/17 | |
| 11/17/17 | Post Petition Funds | | $1,486.14 | $1,486.14 | $1,486.14 | 10/1/2017 | 11/1/17 | |
| 1/16/18 | Post Petition Funds | | $1,486.14 | $1,486.14 | $1,486.14 | 11/1/2017 | 12/1/17 | |
| 3/14/18 | Post Petition Funds | | $1,412.94 | $1,486.14 | $1,486.14 | 12/1/2017 | 1/1/18 | ($73.20) |
| 4/17/18 | Post Petition Funds | | $1,412.94 | $1,483.10 | $1,483.10 | 1/1/2018 | 2/1/18 | ($70.16) |
| 4/17/18 | Adjustment | | | | | | | |
| 5/31/18 | Post Petition Funds | | $1,412.94 | $1,483.10 | $183.10 | 2/1/2018 | 3/1/18 | ($70.16) |
| | Loan Modifcation Adjustmemt | | | | | | 9/1/18 | ($690.56) |
| 9/15/18 | Post Petition Funds | | $1,345.66 | $1,345.66 | $1,345.66 | 9/1/2018 | 10/1/18 | |
| 10/16/18 | Post Petition Funds | | $1,345.66 | $1,345.66 | $1,345.66 | 10/1/2018 | 11/1/18 | |
| 11/16/18 | Post Petition Funds | | $1,345.66 | $1,345.66 | $1,345.66 | 11/1/2018 | 12/1/18 | |
| 12/17/18 | Post Petition Funds | | $1,345.66 | $1,345.66 | $1,345.66 | 12/1/2018 | 1/1/19 | |
| 1/15/190 | Post Petition Funds | | $1,345.66 | $1,345.66 | $1,345.66 | 1/1/2019 | 2/1/19 | |
| 2/15/19 | Post Petition Funds | | $1,364.79 | $1,364.79 | $1,364.79 | 2/1/2019 | 3/1/19 | |
| 3/15/19 | Post Petition Funds | | $1,364.79 | $1,364.79 | $1,364.79 | 3/1/2019 | 4/1/19 | |
| 4/19/19 | Post Petition Funds | | $1,364.79 | $1,364.79 | $1,364.79 | 4/1/2019 | 5/1/19 | |
| 5/17/19 | Post Petition Funds | | $1,363.13 | $1,363.13 | $1,363.13 | 5/1/2019 | 6/1/19 | |
| 6/17/19 | Post Petition Funds | | $1,363.13 | $1,363.13 | $1,363.13 | 6/1/2019 | 7/1/19 | |
| 7/16/19 | Post Petition Funds | | $1,363.13 | $1,363.13 | $1,363.13 | 7/1/2019 | 8/1/19 | |
| 8/16/19 | Post Petition Funds | | $1,363.13 | $1,363.13 | $1,363.13 | 8/1/2019 | 9/1/19 | |
| 9/19/19 | Post Petition Funds | | $1,363.13 | $1,363.13 | $1,363.13 | 9/1/2019 | 10/1/19 | |
| 10/19/19 | Post Petition Funds | | $1,378.60 | $1,378.60 | $1,378.60 | 10/9/1903 | 11/1/19 | |
| 12/4/19 | Post Petition Funds | | $1,378.60 | $1,378.60 | $1,378.60 | 11/1/2019 | 12/1/19 | |
| 12/28/19 | Post Petition Funds | | $1,378.60 | $1,378.60 | $1,378.60 | 12/1/2019 | 1/1/20 | |
| 2/7/20 | Post Petition Funds | | $1,378.60 | $1,378.60 | $1,378.60 | 1/1/2020 | 2/1/20 | |
| 3/6/20 | Post Petition Funds | | $1,378.60 | $1,378.60 | $1,378.60 | 2/1/2020 | 3/1/20 | |
| 4/4/20 | Post Petition Funds | | $1,378.60 | $1,378.60 | $1,378.60 | 3/1/2020 | 4/1/20 | |
| 5/21/20 | Post Petition Funds | | $1,378.80 | $1,378.60 | $1,378.60 | 4/1/2020 | 5/1/20 | $0.20 |
| 6/25/20 | Post Petition Funds | | $1,378.40 | $1,378.60 | $1,378.60 | 5/1/2020 | 6/1/20 | ($0.20) |
| 7/16/20 | Post Petition Funds | | $1,378.60 | $1,378.60 | $1,378.60 | 6/1/2020 | 7/1/20 | |
| 8/5/20 | Post Petition Funds | | $1,378.60 | $1,378.60 | $1,378.60 | 7/1/2020 | 8/1/20 | |
| 9/9/20 | Post Petition Funds | | $1,378.60 | $1,378.60 | $1,378.60 | 8/1/2020 | 9/1/20 | |
| 10/8/20 | Post Petition Funds | | $1,378.60 | $1,378.60 | $1,378.60 | 9/1/2020 | 10/1/20 | |
| 3/8/21 | Post Petition Funds | | $1,000.00 | | | | | $1,000.00 |
| 5/15/21 | Post Petition Funds | | $1,400.45 | $1,383.31 | $1,383.31 | 10/1/2020 | 11/1/20 | $17.14 |
| 6/15/21 | Post Petition Funds | | $1,400.45 | $1,388.31 | $1,383.31 | 11/1/2020 | 12/1/20 | $17.14 |
| 7/15/21 | Post Petition Funds | | $1,400.45 | $1,383.31 | $1,383.31 | 12/1/2020 | 1/1/21 | $17.14 |
| 7/19/21 | Loan Mod Adjustment | | | | | | 1/1/21 | ($1,051.42) |
| 11/16/21 | Post Petition Funds | | $1,332.77 | | | | 1/1/21 | $1,332.77 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE

| | |
|---|---|
| IN RE<br><br>HELEN REBECCA MILLER<br>RICHARD LESTER MILLER<br><br>   Debtor(s) | Chapter 13<br>Case NO. 17-16916-NVA |
| ROCKET MORTGAGE, LLC F/K/A<br>QUICKEN LOANS, LLC F/K/A QUICKEN<br>LOANS INC.<br>635 Woodward Ave.<br>Detroit, MI 48226<br><br>   Movant<br>v.<br><br>Helen Rebecca Miller<br>115 N Main St<br>Union Bridge, MD 21791<br><br>and<br><br>Richard Lester Miller<br>115 N Main St<br>Union Bridge, MD 21791-0000<br><br>   Respondent(s) | Motion No. |

Mark D. Meyer
MD BAR 15070
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600 Bethesda, MD
20814 301-907-8000 File
Number: 21-000738-MD-B-2

## __CERTIFICATE OF SERVICE__

     I hereby certify that on the 7th day of December 2021, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Response to Notice of Final Cure will be served electronically by the Court's CM/ECF system on the following:

Gerard R. Vetter, Trustee
Jobeth Rocky Bowers, Esquire

     I hereby further certify that on 7th day of December 2021, a copy of the Response to Notice of Final Cure was also mailed first class mail, postage prepaid to:

Helen Rebecca Miller
115 N Main St
Union Bridge, MD 21791

Richard Lester Miller
115 N Main St
Union Bridge, MD 21791-0000


Respectfully Submitted,

 /s/ Mark D. Meyer
Mark D. Meyer, Esq. # 15070
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000